ACCEPTED
03-14-00270-CV
6855539
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 5:08:33 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00270-CV

| | | |
|---|---|---|
| **IN RE** | § | **IN THE THIRD** FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | **DISTRICT COURT OF** 9/9/2015 5:08:33 PM |
| **CHRISTOPHER L. GRAHAM** | § | **APPEALS OF TEXAS** JEFFREY D. KYLE<br>Clerk |

### STATE'S UNOPPOSED THIRD & FINAL MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 1 day to file Appellee's brief – submitted together with the instant motion – and for good cause would show the following:

### I.

Appellant was ordered to show cause after failing to arrive on time to the February 25, 2014 docket and for failing to return to court at 1:15 p.m. that same day, as instructed by the trial court. Appellant further failed to appear in court on March 13, 2014 in relation to his representation in Cause Number CR2013-366, and his own show cause hearing on that same date without a granted continuance or leave from the court. After the trial court found Appellant in contempt of court, it ordered punishment of 15 days in Comal County jail and a $300 fine.

1

Appellant's brief was originally due with the Court on or about February 25, 2015. After this Court granted at least two of Appellant's motions for extensions of time to file his brief, Appellant's brief was filed on June 8, 2015. The State's brief is currently due on September 8, 2015.

## II.

Daniel Palmitier – the attorney for the State at trial – is handling this case on appeal. Last week Mr. Palmitier had trial in CR2013-377. Mr. Palmitier also had to handle his regular duties, including docket calls and grand jury indictments. Mr. Palmitier wanted to have another person in the office review his brief to check for typographical mistakes before submitting the State's brief to the Court. Accordingly, the State respectfully requests an extension of 1 day to file its brief, submitted alongside the instant motion. This is the third and final extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 1 day, until September 9, 2015, so that the accompanying brief may be filed with the Court. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley**
Assistant District Attorney
SBN: 24088254
preslj@co.comal.tx.us
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Phone: (830) 221-1300 / Fx: (830) 608-2008

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred or made reasonable attempts to confer with all other parties about the merits of this motion and whether the parties oppose the motion. Mr. Graham does not oppose the instant motion.

/s/ Joshua D. Presley
**Joshua D. Presley**

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Unopposed Third & Final Motion to Extend Time to File Brief* has been delivered to Appellant Christopher Graham's attorney in this matter:

Christopher Graham
clgraham@lgi-law.com
P.O. Box 226265
Dallas, TX 75222
*Attorney for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 9th day of September, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3